David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Calvin W. Davis (SBN 306264)
davisc@cmtlaw.com
CARLSON & MESSER LLP
5901 West Century Boulevard, Suite 1200
Los Angeles, CA 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
COLLECTO, INC. dba EOS CCA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VACCARO, | CASE NO.: |
| Plaintiff, | |
| vs. | **NOTICE OF REMOVAL** |
| COLLECTO, INC. dba EOS CCA; DOES 1-10 inclusive, | |
| Defendant. | |

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1446(a), Defendant COLLECTO, INC. dba EOS CCA ("Defendant") hereby removes to this Court the civil action described below, as it involves a federal question.

1. On March 28, 2019, Plaintiff DAVID VACCARO ("Plaintiff") filed a civil action in the Los Angeles County Superior Court, Limited Jurisdiction, entitled *DAVID VACCARO v. COLLECTO, INC. dba EOS CCA; DOES 1-10 inclusive*, Case No. 19STLC03058. A true and correct copy of Plaintiff's Complaint is attached hereto as Exhibit "A".

2. Plaintiff's Complaint was served on Defendant by personal service on March 29, 2019.

3. Therefore this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) within the 30-day removal period.

4. There are no other Defendants named in Plaintiff's Complaint.

5. This action involves a federal question in that it arises under the Fair Debt Collection Practices Act (15 U.S.C. § 1692, et seq.) (the "FDCPA"). It is therefore an action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a). In this regard, Plaintiff alleges that Defendant's collection actions violated the FDCPA and the Rosenthal Fair Debt Collection Practices Act (Cal. Civil Code § 1788, et. seq.)(the "RFDCPA"). (See Exhibit A.). This court has supplemental jurisdiction over Plaintiff's state law claim under the RFDCPA pursuant to 28 U.S.C. § 1367.

6. Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

7. Plaintiff's Complaint does include a demand for a jury trial.

8. Defendant will promptly file a copy of this Notice of Removal with the clerk of the State Court where the action has been pending.

**CARLSON & MESSER, LLP**

DATED: April 24, 2019   By:   s/ David J. Kaminski
David J. Kaminski
Calvin W. Davis
Attorneys for Defendant,
COLLECTO, INC. dba EOS CCA

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April, 2019, a true and accurate copy of the foregoing NOTICE OF REMOVAL was served via the District Court ECF on the following persons:

Todd M. Friedman, Esq.
tfriedman@toddflaw.com
Adrian R. Bacon, Esq.
abacon@toddflaw.com
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard Street, Suite #780
Woodland Hills, CA 91367

**CARLSON & MESSER LLP**

/s/ David J. Kaminski
David J. Kaminski