| | |
|---|---|
| Todd M. Friedman | David J. Kaminski (SBN 128509) |
| tfriedman@toddflaw.com | kaminskid@cmtlaw.com |
| Adrian R. Bacon | Calvin W. Davis (SBN 306264) |
| abacon@toddflaw.com | davisc@cmtlaw.com |
| Law Office of Todd M Friedman, P.C. | CARLSON & MESSER LLP |
| 21550 Oxnard Street, Suite 780 | 5901 W. Century Boulevard, Suite 1200 |
| Woodland Hills, CA 91367 | Los Angeles, California 90045 |
| (323) 306-4234 Telephone | (310) 242-2200 Telephone |
| (866) 633-0228 Facsimile | (310) 242-2222 Facsimile |
| Attorneys for Plaintiff DAVID VACCARO | Attorneys for Defendant COLLECTO, INC. dba EOS CCA |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VACCARO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COLLECTO, INC. dba EOS CCA<br><br>　　　　Defendant. | CASE NO. 2:19-cv-03243-RSWL-MAA<br><br>**NOTICE OF SETTLEMENT** |

　　　PLEASE TAKE NOTICE that this entire action has been settled. The parties anticipate that they will complete the settlement, and file a stipulation of dismissal, within 45 days from the date of this notice.

///

///

///

///

In light of the settlement, the parties respectfully request that the Court take off calendar all future hearing dates and deadlines in this case.

DATED: October 2, 2019         LAW OFFICE OF TODD M. FRIEDMAN P.C.

                                          By:   s/Todd M. Friedman
                                                 Todd M. Friedman
                                                 Adrian R. Bacon
                                                 Attorneys for Plaintiff
                                                 DAVID VACCARO

DATED: October 2, 2019         CARLSON & MESSER LLP

                                          By:   s/David J. Kaminski
                                                 David J. Kaminski
                                                 Calvin W. Davis
                                                 Attorneys for Defendant
                                                 COLLECTO, INC. dba EOS CCA

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to all counsel, and that I have obtained their authorization to affix the electronic signatures to this document.

DATED: October 2, 2019        LAW OFFICE OF TODD M. FRIEDMAN, P.C.

                                      By:   s/ Todd M. Friedman
                                               Todd M. Friedman
                                               Adrian R. Bacon
                                               Attorneys for Plaintiff
                                               DAVID VACCARO

# CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2019, a true and correct copy of the foregoing NOTICE OF SETTLEMENT was filed through the ECF system, which will send notification of such filing to the e-mail addresses associated with this case.

DATED:  October 2, 2019            LAW OFFICE OF TODD M. FRIEDMAN, P.C.


                         By:    s/Todd M. Friedman
                                Todd M. Friedman
                                Adrian R. Bacon
                                Attorneys for Plaintiff
                                DAVID VACCARO