Todd M. Friedman (SBN 216752)
tfriedman@toddflaw.com
Adrian R. Bacon, Esq. (SBN 280332)
abacon@toddflaw.com
Law Office of Todd M. Friedman, PC
21550 Oxnard Street, Suite 780
Woodland Hills, CA 91367
Tel: (323) 306-4234
Fax: (866) 633-0228

Attorneys for Plaintiff,
DAVID VACCARO,

David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Calvin W. Davis (SBN 306264)
davisc@cmtlaw.com
CARLSON & MESSER LLP
5901 W. Century Blvd., Suite 1200
Los Angeles, CA 90045
Tel: (310) 242-2200
Fax: (310) 242-2222

Attorneys for Defendant,
COLLECTO, INC. dba EOS CCA.,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VACCARO,<br><br>       Plaintiff,<br><br>v.<br><br>COLLECTO, INC. dba EOS CCA.<br><br>       Defendant. | CASE NO. 2:19-cv-03243-RSWL-MAA<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and jointly requested by Plaintiff DAVID VACCARO ("Plaintiff") and Defendant COLLECTO, INC. dba EOS CCA. ("Defendant"), through their respective counsel, that Defendant be dismissed from the above-entitled action, with prejudice.

Each party shall bear their own costs and expenses.

Dated: December 2, 2019     **LAW OFFICE OF TODD M. FRIEDMAN P.C.**

                                        By:     s/ Todd M. Friedman
                                                 Todd M. Friedman
                                                 Adrian R. Bacon
                                                 Attorneys for Plaintiff
                                                 DAVID VACCARO

Dated: December 2, 2019     **CARLSON & MESSER LLP**

                                        By:     s/ David J. Kaminski
                                                 David J. Kaminski
                                                 Calvin W. Davis
                                                 Attorneys for Defendant
                                                 COLLECTO, INC. dba EOS CCA

                                               STIPULATION FOR DISMISSAL
                                               CASE NO: 2:19-CV-03243-RSWL-MAA

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Defendant, and that I have obtained Defendant counsel's authorization to affix his electronic signature to this document.

DATED: December 2, 2019  **LAW OFFICE OF TODD M. FRIEDMAN P.C.**

By:  s/ Todd M. Friedman
Todd M. Friedman
Adrian R. Bacon
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2019, a true and correct copy of the foregoing document entitled STIPULATION FOR DISMISSAL was filed through the ECF system, which will send notification of such filing to the e-mail addresses associated with this case.

DATED: December 2, 2019    **LAW OFFICE OF TODD M. FRIEDMAN P.C.**

By:    s/ Todd M. Friedman
Todd M. Friedman
Adrian R. Bacon
Attorneys for Plaintiff